ORIGINAL

Received By Drop-Box

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF HAWAII
_____ DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

Khisting DeJean Candidate for president of the USA 2024

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Scott Nago Chief of Office of Election

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Complaint for a Civil Case

Case No. CV23 00228 RT
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

IFP SUBM.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 25 2023

at 5 o'clock and 15 min. P M
CLERK, U.S. District Court
25
CC: FILER

FSC, FS IFP, R.16, HANDBOOK
Mailed On
Date 5/26/2023
25

**I.** **The Parties to This Complaint**

    **A.** **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Khisting DeJean |
| Street Address | General Delivery |
| City and County | Honolulu Hawaii 96820 |
| State and Zip Code | |
| Telephone Number | 832-283 7263 |
| E-mail Address | Khis2024forpresident@gmail.com |

    **B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Scott Nago |
| Job or Title (if known) | Chief of Office of Election |
| Street Address | |
| City and County | Pearl City |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____
(if known)

**Defendant No. 3**

Name     _____

Job or Title     _____
(if known)

Street Address     _____

City and County     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____
(if known)

**Defendant No. 4**

Name     _____

Job or Title     _____
(if known)

Street Address     _____

City and County     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____
(if known)

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Election 2024 #1. Federal Statues Now Come 2023
Khistina Dejean Candidate request of permisson to
obtain signatures on petition without Vice president
Sandra Chillis Died 3/2023 that Came down with Covid. 2020

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Khistina DeJean , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . *Or* is a citizen of *(foreign nation)* _____ .

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

any life is more than 75:000 Mrs Chillis May still be here if before June Court Date 2020 some one listen to me Kristina Dejean Candidate for president 2020 Now 2024 To stop election ant not worry about if was never Done This is 50th State last state Does Not mean we can't be The first to Demand change

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

request permission for petition 2024 without vice president application for president al race 2024 gods will I assure the Court buy dead line my vice President will be chosen Sandra Chillis Memphis Tennessee past away 2h 2023 my desire still is to run all the way as I did 2020 even when Sandra Chillis Vice president Choice and her husband Chillis got Sick with Covid 19 2020 Mr. Chillis is still alive, I pray

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mrs Chillis was fore To Come, To Hawaii To Sgn On To run for Vice President 2020 when This application Could and was able to be for 2021

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/25 , 2023

Signature of Plaintiff    Khrstina Defean Candidate for President 2024

Printed Name of Plaintiff    Khistina Defean

### B.    For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney          _____

Printed Name of Attorney       _____

Bar Number                     _____

Name of Law Firm               _____

Address                        _____

Telephone Number               _____

E-mail Address                 _____

7